Case 2:19-mj-01495   Document 1   Filed on 04/16/19 in TXSD   Page 1 of 1

United States Courts
Southern District of Texas
FILED

APR 16 2019

David J. Bradley, Clerk of Court

AO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Moises Lorenzo SANTIAGO-Mendoza<br>AKA Lorenzo SANTIAGO-Mendoza | Case Number: C19-1495M |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __April 11, 2019__ in __Hidalgo__ County, in the __Southern District Of Texas__ defendant(s)

Moises Lorenzo SANTIAGO-Mendoza being an alien to the United States, did knowingly and unlawfully enter the United States from Mexico, at a point near Hidalgo, Texas on April 11, 2019 which said time and place was other than as designated by immigration officials of the United States for the entrance of immigrants into the United States

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On April 15, 2019 Border Patrol Agents encountered Moises Lorenzo SANTIAGO-Mendoza at the United States Border Patrol Checkpoint near Sarita, Texas. Border Patrol Agents determined Moises Lorenzo SANTIAGO-Mendoza to be a citizen and national of Mexico without any valid immigration documents to enter or remain in the United States legally. Moises Lorenzo SANTIAGO-Mendoza stated he entered the United States illegally by crossing the Rio Grande River on or about April 11, 2019 near Hidalgo, Texas. Moises Lorenzo SANTIAGO-Mendoza entered the United States at a time and place not designated by immigration officials for the entrance of immigrants into the country. AUSA Julie Hampton was briefed on the case and accepted prosecution for a violation of Title 8 USC 1325, Illegal Entry into the United States.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

_/s/ Juan Rojas_
Signature of Complainant

Rojas, Juan   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

April 16, 2019                                    at   Corpus Christi, Texas
Date                                                   City/State

Jason Libby          U.S. Magistrate Judge           _/s/ Jason Libby_
Name of Judge        Title of Judge                  Signature of Judge