United States District Court
Southern District of Texas
**ENTERED**
April 17, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

v.

Moises Lorenzo Santiago–Mendoza

Case No.: 2:19–mj–01495
Magistrate Judge Jason B. Libby

## JUDGMENT

On **4/17/2019**, the defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of knowingly and unlawfully entering the United States at a place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1), as charged in the Complaint/Information; and the Court having found that the defendant is mentally competent, that the defendant's plea is voluntary and that there is a factual basis for the plea;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

IT IS ADJUDGED that a term of imprisonment of **time served and a special assessment of $10.00 are hereby imposed and remitted..**

DONE at Corpus Christi, Texas, on **4/17/2019**.

Jason Libby
United States Magistrate Judge